

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00084-CR

**IN RE** Danny **ALLEN**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: February 1, 2023

PETITION FOR WRIT OF HABEAS CORPUS DENIED

Relator Danny Allen filed a petition for writ of habeas corpus. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* habeas corpus petition will be treated as presenting nothing for this court's review. *See id*. Accordingly, relator's petition for writ of habeas corpus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

PUBLISH

---

[1] This proceeding arises out of Cause No. 2019CR6311, styled *State of Texas v. Danny Cejay Allen*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.